John Thomas Mayo, Respondent, v. United Cities Realty Corporation, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Gertrude Margaret McIntyre, an Infant, etc., Respondent, v. Frank L. Babbott, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Carr, Stapleton, Mills, Rich and Putnam, JJ.

John McKevitt, as Administrator, etc., of Joseph McKevitt, Deceased, Respondent, v. Abraham Sherwin and Aaron H. Sherwin, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Charlotte McLevy, as Administratrix, etc., of Francis H. McLevy, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

Catherine McQuillan, an Infant, by Mary McQuillan, Her Guardian ad Litem, Respondent, v. Eberhard Faber Pencil Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

James Mitchell, Respondent, v. James Mason and William Ericson, Inc., Appellants, and Others, Defendants.— Order of the County Court of Kings county modified by awarding costs to the appellants to the date of the order of discontinuance, and as modified affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Harry A. Moody, Respondent, v. Isaac Morris, Appellant.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

James Mooney, Respondent, v. Brooklyn Cooperage Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Charles D. Mundy, Appellant, v. Mason & Hanger Company, Respondent.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

James Murphy, Respondent, v. Philip J. Goodhart, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Jacob G. Newell, as Administrator, etc., of Jacob Newell, Deceased, Respondent, v. The New York Central Railroad Company, etc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Carr, Stapleton, Mills, Rich and Putnam, JJ.